**Pimenio Vela HERRERA, Plaintiff–Appellant**

v.

**Tammy MOWRY, in their individual capacity; Monte Hovik, in their individual capacity, Defendants–Appellees.**

**Jesse Robins, in their individual capacity, Defendant.**

**Jerod Hahn, Deputy, in their individual capacity; J.D. Sutphen; Jeremy Brungard, in their individual capacity, Defendants–Appellees.**

No. 15–1204.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 3, 2015.

Filed: Sept. 10, 2015.

Brian Carter, Freehold, NJ, pro se.

District of Minnesota.

---

1. The Honorable John R. Tunheim, Chief Judge, United States District Court for the

Michael A. Ferrara, Jr., Esq., Ferrara, Rossetti & Devoto, Cherry Hill, NJ, Kevin A. Terhune, Esq., Office of Attorney General of New Jersey Department of Law & Public Safety Richard J. Hughes Justice Complex, Trenton, NJ, Shannon B. Adamson, Esq., Buckley & Theroux, Princeton, NJ, Emery J. Mishky, Esq., Margolis Edelstein, Berkeley Heights, NJ, Peter C. Harvey, Esq., Patterson, Belknap, Webb & Tyler, New York, NY, for Defendant.

Before WOLLMAN, SMITH, and BENTON, Circuit Judges.

PER CURIAM.

Pimenio Herrera appeals following the district court's [1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action involving claims that defendants used excessive force and violated his constitutional rights, by assaulting him and transporting him unclothed between detention facilities. Following careful review, we affirm for the reasons stated by the district court, *see* 8th Cir. R. 47B, and we grant appellees' motions to strike an affidavit Herrera filed for the first time on appeal.